UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MELISSA ING,

        Plaintiff,

v.

TUFTS UNIVERSITY,

        Defendant.

CIVIL ACTION NO: 1:21-CV-10032-RGS

---

## DISCOVERY CERTIFICATE

I, Douglas R. Sweeney, attorney for Tufts University,[1] certify that on September 16, 2021, I served Defendant's Initial Disclosures on the following counsel of record by electronic mail:

Mitchell J. Notis
Law Office of Mitchell J. Notis
27 Harvard Street
Brookline, MA 02445
(617) 487-8677

        TUFTS UNIVERSITY

        By its attorneys,

        */s/ Douglas R. Sweeney*
        Jeremy M. Sternberg (BBO No. 556566)
        *jeremy.sternberg@hklaw.com*
        Douglas R. Sweeney (BBO No. 694319)
        *douglas.sweeney@hklaw.com*
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

---

[1] The correct legal name for Tufts University is the Trustees of Tufts College.